JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL ANUNCIATION,              ) No. EDCV 14-592 JAK (FFM)
                                  )
                Petitioner,       )
                                  ) JUDGMENT
        v.                        )
                                  )
KIM HOLLAND, Warden               )
                                  )
                Respondent.       )
_____    )

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.


DATED:  February 4, 2015


_____
JOHN A. KRONSTADT
United States District Judge